IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

10:55 PM 11:08 AM )
(full name)        (Register No).  )
                                   )
Mr. Robert George Jr #51557-054    )
                                   )
       Plaintiff(s).               )    18-3321 - CV - S - GAF - P
                                   )
                                   )   Case No. _____
                                   )
                                   )
Boy Officer Jason Tucker           )
(Full name)                        )
                                   )
_____ )
       Defendant(s).

**COMPLAINT PURSUANT TO 28 U.S.C. § 1331**

I. Place of present confinement of plaintiff(s): Allenwood Penitentiary SMH - SDP Cell 102

II. Parties to this civil action:
   Please give your commitment name and any another name(s) you have used while incarcerated.

   A. Plaintiff The Man Mr. Robert George Jr  Register No. 51557-054
      Address Allenwood US Penitentiary PO Box 3000
      White Deer, PA 17887

   B. Defendant The Boy Officer Jason Tucker

      Is employed as Medical Center For Federal Prisoners
      P.O. Box 4000 Springfield Missouri 65801-4000

   For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:18-cv-03321-GAF   Document 1   Filed 09/28/18   Page 1 of 5

III.     Do your claims involve medical treatment?    Yes ✓    No ____

IV.     Do you request a jury trial?    Yes ✓    No ____

V.      Do you request money damages?    Yes ✓    No ____
        State the amount claimed?    $_____/_____(actual/punitive)
        Seventh Million Dollar

VI.     Are the wrongs alleged in your complaint continuing to occur?   Yes____   No ✓

VII.    Grievance procedures:

        A. Does your institution have an administrative or grievance procedure?
                                                            Yes ✓   No ____
        B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ✓    No ____

        C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
        Administrative staffs said They can't Help Becuse I am
        Do A Lawsuit.

        D. If you have not filed a grievance, state the reasons.
        (yes)

VIII.   Previous civil actions:
1.      A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case:    Yes ____    No ✓

        B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ____    No ✓

        C. If your answer is "yes," to either of the above questions, provide the following information for each case.

        (1) Style: _____NO_____
                   (Plaintiff)            (Defendant)
        (2) Date filed: _____NO_____

        (3) Court where filed: _____NO_____

        (4) Case Number and citation: _____NO_____

2

(5) Basic claim made: RAPE

(6) Date of disposition: NO

(7) Disposition: NC
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: NO

(Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Medical Center For Federal Prisoners, Allenwood Penitentiary Hazelton Penitentiary Tucson Penitentiary Terre Haute Penitentiary Staffs Officers The Boy Officer Jason Tucker From Medical Center For Federal Prisoners Staffs Officer They All Is Rapist And They All Assault Me Mr George Jr And They Rape Me From 2000 Till 2018 And They Still Rape Me Mr George Jr. NOW

B. State briefly your legal theory or cite appropriate authority:

Mr. Robert Drama B. George Jr He And My Family, People Friend, BLOOD'S That's My Homie We All Is Totality Straigh Paper Work Is Totality Straigh We All Is Totality Straigh That's What's The Deal Is.

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

My Money All Of It, Attorney I Need Help In This Law Suit To Get It done And A TRO.

3

Case 6:18-cv-03321-GAF   Document 1   Filed 09/28/18   Page 3 of 5

X.  Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

    ME

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?     Yes_____ No ✓

    If so, state the names(s) and address(es) of each lawyer contacted.
    NO

C. Have you previously had a lawyer representing you in a civil action in this court?     Yes_____ No ✓

    If so, state the lawyers name and address.
    NO

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this September day of Sunday 23 2018.

_Robert George Be_
(Signatures of Plaintiff(s))

4

Mr. Robert George WEN
5)557-059
Allenwood USP
P.O. Box 3000
White Deer PA 17887

Legal Mail Ax

U.S. District Court
Office of the clerk
1510 Whittaker Courthouse
400E Ninth Street
Kansas City, MO 64106

2018 SEP 28 AM 11:49
U.S. DISTRICT COURT
WEST DISTRICT MO.
KANSAS CITY, MO.

SEP 25 2018

SEP 25 2018

Mailed From US Penitentiary

